UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RASHEED UNDERWOOD,

    Defendant.
_____/

Case: 2:23-cr-20205
Judge: Hood, Denise Page
MJ: Patti, Anthony P.
Filed: 04-04-2023
INFO USA VS UNDERWOOD (DP)

Violations:
18 U.S.C. §§ 922(a)(6), 924(a)(2)

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT ONE
### FALSE STATEMENT DURING PURCHASE OF A FIREARM
### (18 U.S.C. §§ 922(a)(6) & 924(a)(2))

On or about June 18, 2020, in the Eastern District of Michigan, the defendant, RASHEED UNDERWOOD, in connection with the acquisition of a firearm, namely a Glock, 43x, 9mm caliber, semi-automatic pistol, from CC Coins, a licensed dealer of firearms within the meaning of Chapter 44, Title 18 United States Code, knowingly made a false and fictitious written statement to CC Coins, which statement was intended and likely to deceive CC Coins, as to a fact material to the lawfulness of the sale of the firearm to UNDERWOOD under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of

Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Record, in which he falsely stated that he was the actual buyer of the firearm indicated on the Form 4473, when in fact UNDERWOOD knew he was not the actual buyer of the firearm, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### FORFEITURE ALLEGATIONS
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461)

The allegations of Count One of this Information are re-alleged and fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). Upon conviction of the offense alleged in this Information, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of the offense.

DAWN N. ISON
United States Attorney

_____
Brandy R. McMillion
Chief, General Crimes Unit

_____
Gjon Juncaj
Assistant U.S. Attorney

Dated: April 4, 2023

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

### Companion Case Information

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _GJ_ |

Case Title: USA v. RASHEED UNDERWOOD

County where offense occurred: Wayne

Check One:    ☒ Felony    ☐ Misdemeanor    ☐ Petty

```
____Indictment/____Information --- no prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [Case number: 22-mj-30019 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

### Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 4, 2023
Date

_Gjon Juncaj_
Gjon Juncaj
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-0209
Fax:
E-Mail address: Gjon.Juncaj@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.